IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ALFRED R. KIDD,<br><br>Plaintiff. | No. C 12-00207 EJD (PR)<br><br>ORDER OF DISMISSAL |

On January 12, 2012, Plaintiff filed a letter complaining of prison conditions which the Clerk of the Court construed as an attempt to file a complaint pursuant to 42 U.S.C. § 1983. On the same day, the Clerk sent Plaintiff a notice that he must submit a complaint within thirty days of the notice to avoid dismissal of the action, and provided a copy of the court's form complaint. (Docket No. 3.) Plaintiff was separately sent a notice that he must either pay the full filing fee or file an In Forma Pauperis ("IFP") Application within thirty days to avoid dismissal of the action; a copy of the application was provided. (Docket No. 2.) Thereafter, Plaintiff was granted an extension of time to respond to the Clerk's notices, *i.e.*, no later than April 8, 2012. (See Docket No. 5.) The deadline has since passed, and Plaintiff has not filed a complaint, nor has he paid the filing fee or filed an IFP application.

Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee.

DATED: 5/2/2012

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
0207Kidd_dism-ifp.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE ALFRED R. KIDD,

    Plaintiff.

Case Number: CV12-00207 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 5/2/2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alfred R. Kidd K-55068
Kern Valley State Prison
P. O. Box 6000
Delano, CA 93215-6000

Dated: 5/2/2012

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk